1140

No. 96–7479. TISOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7484. GIVANS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7490. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7494. REID v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–7496. CROFT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7499. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7503. DeNOYER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7505. LABANSAT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7509. ALMODOVAR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7513. INDELICATO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–7515. SMALL v. PERRILL, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 96–7516. MELEGRITO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7517. JOHNSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–7519. BAKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7520. BARRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7521. DORVAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.